UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No.: 19-CR-1473 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |
| OMAR JOVAN GONZALEZ | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the Information in the above-entitled case be dismissed with prejudice, the bond exonerated, and passport released by Pretrial Services, if held.

DATED: 5/12/2020 .

BARBARA LYNN MAJOR
United States Magistrate Judge